**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Document # 6

Krows

-v-

Direct Loan Services

USCA NO. _____

SDNY NO. 07cv 7561

JUDGE: KMW

DATE: Sept. 21, 2007

*[U.S. DISTRICT COURT FILED SEP 21 2007 S.D. OF N.Y. stamp]*

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME)   THOMAS PISARCZYK
FIRM   APPEALS SECTION
ADDRESS   UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO.   (212) 805-0636

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------

DOCUMENTS                                                                 DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(X) Original Record                          (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 21st Day of September, 2007.

**United States District Court for the Southern District of New York**

Date: Sept. 21, 2007

U.S.C.A. # _____

Knows

U.S.D.C. # 07cv 7561

-V-

D.C. JUDGE KMW

Direct Loan Services

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**         **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 21st Day of Sept. In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED, LEAD

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07561-KMW
### Internal Use Only

Knows v. Direct Loan Services
Assigned to: Judge Kimba M. Wood
Member case: (View Member Case)
Cause: 42:1983 Civil Rights Act

Date Filed: 08/27/2007
Date Terminated: 08/27/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Samara Knows.(mbe) (Entered: 08/31/2007) |
| 08/27/2007 | 2 | COMPLAINT against Direct Loan Services. Document filed by Samara Knows.(mbe) (Entered: 08/31/2007) |
| 08/27/2007 | | Magistrate Judge Henry B. Pitman is so designated. (mbe) (Entered: 08/31/2007) |
| 08/27/2007 | 3 | ORDER OF DISMISSAL,,,The court grants plaintiff's request to proceed in forma pauperis, and directs the Clerk of Court to consolidate these two actions (1:07-cv-7561 & 1:07-cv-7562) solely for the purpose of this order. For the reasons set forth, the complaints are dismissed. Accordingly, the complaints, filed in forma pauperis under 28 U.S.C. 1915(a)(1), are dismissed. 28 U.S.C. 1915(e)(2). Plaintiff is hereby warned that the next time she files a complaint that is frivolous, lacking in merit, or fails to state a claim, the Court will issue an order directing her to show cause why she should not be barred from filing any new actions in forma pauperis without the Court's prior permission. The Court certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith.We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/27/7) (laq) (Entered: 08/31/2007) |
| 08/27/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/27/7) (laq) (Entered: 08/31/2007) |
| 09/04/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Samara Knows. (tp) (Entered: 09/18/2007) |
| 09/04/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Samara Knows. $455.00 APPEAL FEE DUE. IFP REVOKED. (tp) (Entered: 09/18/2007) |
| 09/18/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 09/18/2007) |
| 09/18/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 09/18/2007) |