# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O`Hagan Wolfe
**CLERK OF COURT**

MANDATE

| | |
|---|---|
| **Date:** 11/16/07 | DC Docket Number: 07-cv-7561 |
| Docket Number: 07-4069-cv | DC: SDNY (NEW YORK CITY) |
| Short Title: Knows v. Direct Loan Services | DC Judge: Honorable Kimba Wood |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16TH day of NOVEMBER, two thousand seven .

Samara  Knows,

    Plaintiff-Appellant,

        v.



Direct Loan Services,

    Defendant-Appellee,

Bankruptcy,

    Consolidated-Defendant.

## ORDER OF DISMISSAL

NOTICE  HAVING BEEN GIVEN TO APPELLANT, requiring said party to provide the Court with a motion in compliance with FRAP 27 and Local Rule 27(a), identifying the  issues intended to raise on appeal, and stating facts and a brief statement of reasons showing that each issue has likely merit, and APPELLANT HAVING FAILED to provide the Court with such explanation within the TWENTY-ONE DAYS prescribed, THIS APPEAL IS HEREBY DISMISSED.  Any  motion  pending prior to the entry of this order is deemed MOOT.

For the Court:
Catherine O`Hagan Wolfe, Clerk

By:

Janine  Moreno, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by DEPUTY CLERK

— Mandate: 11/16/07